IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:24cv61442-SMITH

**Courtney Morgan, M.D.**, §
    *Plaintiff,* §
     §
v. §
     §
**Walgreen Co.**, §
    *Defendant.* /

## NOTICE OF APPEAL

**NOTICE** is hereby given that Plaintiff, **COURTNEY MORGAN, M.D.**, appeals to the United States Court of Appeals for the Eleventh Circuit this District Court's **ORDER GRANTING MOTION TO DISMISS** [DE 69] entered on the docket on February 20, 2025, and **ORDER DENYING MOTION FOR RECONSIDERATION** [DE 73], signed by the Court and entered on the docket on May 5, 2025.

**Dated: June 3, 2025**

                            Respectfully submitted by,

                            /s/*Erica F. Chaplin*
                            Erica F. Chaplin, Esq.
                            FLBN: 0048023
                            Anderson & Welch, LLC
                            500 S. Australian Avenue, 6th Flr.
                            West Palm Beach, FL 33401
                            Tel: 561-832-3386
                            Fax: 561-820-4867
                            Email: chaplinlaw@gmail.com
                            Email: andewelch@andersonandwelch.com
                            *Attorney for Plaintiff, Courtney R. Morgan, M.D.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF upon counsel on the incorporated service list on this **3rd** day of **June, 2025.**

Respectfully submitted,
/s/*Erica F. Chaplin*
Erica F. Chaplin, Esq.
FLBN: 0048023
Anderson & Welch, LLC
500 S. Australian Avenue, 6th Flr
West Palm Beach, FL 33401
Tel: 561-832-3386; Fax: 561-820-4867
Email: chaplinlaw@gmail.com
Email: andewelch@andersonandwelch.com
*Attorney for Plaintiff, Courtney R. Morgan, M.D*

### SERVICE LIST
*Courtney Morgan, M.D. v. Walgreen Co.*
**CASE NO. 0:24-61442-CIV-SMITH**
United States District Court, Southern District of Florida

| | |
|---|---|
| Erica F. Chaplin, Esq.<br>FLBN: 0048023<br>Anderson & Welch, LLC<br>500 S. Australian Avenue, 6th Flr<br>West Palm Beach, FL 33401<br>Tel: 561-832-3386<br>Fax: 561-820-4867<br>Email: chaplinlaw@gmail.com<br>andewelch@andersonandwelch.com<br>*Attorney for Plaintiff,*<br>*Courtney R. Morgan, M.D.* | Kevin R. Anderson, Esq.<br>FLBN: 0044857<br>Anderson & Welch, LLC<br>500 S. Australian Avenue, 6th Flr<br>West Palm Beach, FL 33401<br>Tel: 561-832-3386<br>Fax: 561-820-4867<br>Email: Kan@andersonandwelch.com<br>Andewelch@andersonandwelch.com<br>*Attorney for Plaintiff,*<br>*Courtney R. Morgan, M.D.* |
| David Michael Tarlow, Esq.<br>FLBN: 893684<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>One East Broward Blvd.<br>Suite 1400<br>Ft. Lauderdale, FL 33301<br>Tel: 954-523-7008<br>Fax: 954-523-7009<br>Email: dtarlow@qpwblaw.com<br>*Attorney for Defendant, Walgreens* | Elliot Burt Kula, Esq.<br>FLBN: 3794<br>Kula & Associates, P.A.<br>11900 Biscayne Blvd.<br>Suite 310<br>Miami, FL 33181<br>Tel: 305-354-3858<br>Fax: 305-354-3822<br>Email: elliot@kulalegal.com<br>*Attorney for Defendant, Walgreens* |