IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case No. 25-11887-A
District Court Docket No. 0:24-cv-61442-RS

COURTNEY MORGAN, M.D.,

*Plaintiff-Appellant/Cross-Appellant,*

v.

WALGREEN CO.,

*Defendant-Appellee/Cross-Appellant.*

**DEFENDANT-APPELLEE/CROSS-APPELLANT WALGREEN CO.'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

On Appeal from the United States District Court
for the Southern District of Florida

Elliot B. Kula
KULA & ASSOCIATES, P.A.
12000 Biscayne Blvd., Ste. 221
Miami, Florida 33181
Telephone: (305) 354-3858
eservice@kulalegal.com
elliot@kulalegal.com
*Counsel for Walgreen Co.*

# *Morgan v. Walgreen Co.*
# Case No. 25-11887-A

# CERTIFICATE OF INTERESTED PERSONS
# AND
# CORPORATE DISCLOSURE STATEMENT

Defendant-Appellee/Cross-Appellant, WALGREEN CO., submits this list, which includes the trial judge, and all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this review:

1. Anderson & Welch, LLC, *Attorneys for Courtney Morgan, M.D.*
2. Anderson, Kevin R., Esq., *Attorney for Courtney Morgan, M.D.*
3. Chaplin, Erica F., Esq., *Attorney for Courtney Morgan, M.D.*
4. Kula & Associates, P.A., *Attorneys for Walgreen Co.*
5. Kula, Elliot B., Esq., *Attorney for Walgreen Co.*
6. Morgan, Courtney, M.D., *Plaintiff-Appellant/Cross-Appellee*
7. Quintairos Prieto Wood & Boyer, PA, *Attorneys for Walgreen Co.*
8. Schlafly, Andrew L., Esq., *Attorney for Courtney Morgan, M.D.*
9. Smith, Hon. Rodney, *U.S. District Court Judge*
10. Tarlow, David Michael, *Attorney for Walgreen Co.*
11. Walgreens Co. (WAG), *Defendant-Appellee/Cross-Appellant*

*Morgan v. Walgreen Co.*
Case No. 25-11887-A

**CERTIFICATE OF INTERESTED PERSONS**
**AND**
**CORPORATE DISCLOSURE STATEMENT**
(Continued)

Pursuant to Federal Rule of Appellate Procedures 26.1 and Eleventh Circuit Rules 26.101 through 26.1-3, Defendant-Appellant, Walgreen Co., makes the following statement as to corporate ownership:

WALGREEN CO., Defendant/Appellant, is a wholly owned subsidiary of Walgreens Boots Alliance, Inc., a Delaware corporation that has issued shares to the public which are listed on NASDAQ (WBA). Walgreen Co. has no subsidiaries or affiliates that have issued shares to the public and that no other publicly held corporation owns 10% or more of its stock.

COURTNEY MORGAN is an individual.

/s/ **Elliot B. Kula**
Elliot B. Kula

Respectfully submitted,

Elliot B. Kula
Florida Bar No. 003794
W. Aaron Daniel
Florida Bar No. 99739
KULA & ASSOCIATES, P.A.
11900 Biscayne Blvd., Ste. 310
Miami, Florida 33181
Telephone: (305) 354-3858
eservice@kulalegal.com
elliot@kulalegal.com
aaron@kulalegal.com
*Counsel for Walgreen Co.*

By: /s/ Elliot B. Kula
Elliot B. Kula

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system. I also hereby certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ **Elliot B. Kula**
Elliot B. Kula