Case No. 25-11887

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

COURTNEY MORGAN, M.D.,

*Plaintiff-Appellant/Cross-Appellee*

v.

WALGREEN CO.,

*Defendant-Appellee/Cross-Appellant*

Appeal from the U.S. District Court for the
Southern District of Florida
District Court Docket No. 0:24-cv-61442-RS

## PLAINTIFF-APPELLANT/CROSS-APPELLEE COURTNEY MORGAN'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

| | |
|---|---|
| Andrew L. Schlafly, Esq. | Erica Chaplin, Esq. |
| LAW OFFICE OF ANDREW L. SCHLAFLY | ANDERSON & WELCH, LLC |
| 939 Old Chester Road | 500 S. Australian Ave., 6th Flr |
| Far Hills, NJ 07931 | West Palm Beach, FL 33401 |
| Tel: (908) 719-8608 | Tel: (561) 832-3386 |
| Fax: (908) 934-9207 | Fax: (561) 820-4867 |
| Email: aschlafly@aol.com | Email: chaplinlaw@gmail.com |
| | andewelch@andersonandwelch.com |

*Counsel for Plaintiff-Appellant/Cross-Appellee, Courtney Morgan, M.D.*

*Courtney Morgan, M.D. v. Walgreen Co.*<br>
<u>Case No. 25-11887</u>

**CERTIFICATE OF INTERESTED PERSONS**<br>
**AND**<br>
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Plaintiff-Appellant/Cross-Appellee, COURTNEY MORGAN, M.D., respectfully submits the following list, which includes the trial judge, and all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this review:

1. The Honorable Rodney Smith, *U.S. District Court Judge*

*Plaintiff/Appellee*

2. Courtney Morgan, M.D., *Plaintiff-Appellant/Cross-Appellee*

*Counsel for Plaintiff/Appellee*

3. Anderson & Welch, LLC, *Attorneys for Courtney Morgan, M.D.*
4. Anderson, Esq., Kevin R., *Attorney for Courtney Morgan, M.D.*
5. Chaplin, Esq., Erica, *Attorney for Courtney Morgan, M.D.*
6. Schlafly, Esq., Andrew L., *Attorney for Courtney Morgan, M.D.*

*Defendant/Appellant*

7. Walgreens Co. (WAG), *Defendant-Appellee/Cross-Appellant*

*Counsel for Defendant/Appellant*

8. *Akerman, LLP, *Attorneys for Walgreen Co.*
9. Daniel, W. Aaron, Esq., *Attorney for Walgreen Co.*
10. Kula & Associates, P.A., *Attorneys for Walgreen Co.*
11. Kula, Esq., Elliot B., *Attorney for Walgreen Co.*

C1 of 2

12. *Malvin, Tamara S., Esq., *Attorney for Walgreen Co.*

13. Quintairos Prieto Wood & Boyer, PA, *Attorneys for Walgreen Co.*

14. Tarlow, Esq., David Michael, *Attorney for Walgreen Co.*

**Other Interested Parties**

15. Florida Board of Medicine

16. Florida Board of Pharmacy

17. Florida Department of Health

18. Walgreens Boots Alliance (Walgreen Co.'s Parent Company)

*\* - no longer involved in representation*

Pursuant to Federal Rule of Appellate Procedures 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, I hereby certify that there are no publicly traded corporations, stock, equities, debts or corporate disclosures for Plaintiff-Appellant/Cross-Appellee, Courtney Morgan, M.D., who is an individual.

Dated:  July 1, 2025                                           Respectfully submitted,

/s/ Andrew L. Schlafly                                        /s/ Erica Chaplin
Andrew L. Schlafly, Esq.                                    Erica Chaplin, Esq.
LAW OFFICE OF ANDREW L. SCHLAFLY         ANDERSON & WELCH, LLC
939 Old Chester Road                                          500 S. Australian Ave., 6th Flr
Far Hills, NJ 07931                                                West Palm Beach, FL 33401
Tel: (908) 719-8608                                              Tel: (561) 832-3386
Fax: (908) 934-9207                                              Fax: (561) 820-4867
Email: aschlafly@aol.com                                   Email: chaplinlaw@gmail.com
                                                                              andewelch@andersonandwelch.com

*Counsel for Plaintiff-Appellant/Cross-Appellee, Courtney Morgan, M.D.*