Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 25-11887-A

**Caption:**
Courtney Morgan
Plaintiff/Appellant/Cross-Appellee
v.
Walgreens Co.
Defendant/Appellee/Cross-Appellant

District and Division: Southern District of Florida - Ft. Lauderdale
Name of Judge: Hon. Rodney Smith
Nature of Suit: Injunction and Damates (Tortious Interference)
Date Complaint Filed: August 7, 2024
District Court Docket Number: 0:24-cv-61442-RS
Date Notice of Appeal Filed: June 4, 2025
[✓] Cross Appeal    [ ] Class Action

Has this matter previously been before this court?
[✓] Yes    [ ] No
If Yes, provide
(a) Caption: Courtney Morgan v. Walgreens Co.
(b) Citation: Voluntarily Dismissed - July 1, 2025
(c) Docket Number: 24-13087-A

**For Appellant:**
[ ] Plaintiff
[✓] Defendant
[ ] Other (Specify)

Attorney Name: Elliot B. Kula
Mailing Address: Kula & Associates
12000 Biscayne Blvd.
Ste. 221
Miami, FL 33181
Telephone, Fax, Email:
T. (305) 354-3858
F. (305) 354-3822
elliot@Kulalegal.com

**For Appellee:**
[ ] Plaintiff
[ ] Defendant
[ ] Other (Specify)

Andrew L. Schlafly
939 Old Chester Rd.
Far Hills, NJ 07931
T. (908) 719-8608
aschlafly@aol.com

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| [ ] Federal Question | [✓] Final Judgment, 28 USC 1291 | [✓] Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ Excess of $75,000.00 |
| [✓] Diversity | [ ] Interlocutory Order, 28 USC 1292(a)(1) | [ ] Default Judgment | Amount Sought by Defendant: $ NA |
| [ ] US Plaintiff | [ ] Interlocutory Order Certified, 28 USC 1292(b) | [ ] Summary Judgment | Awarded: $ NA |
| [ ] US Defendant | [ ] Interlocutory Order, Qualified Immunity | [ ] Judgment/Bench Trial | to _____ |
| | [ ] Final Agency Action (Review) | [ ] Judgment/Jury Verdict | Injunctions: |
| | [ ] 54(b) | [ ] Judgment/Directed Verdict/NOV | [✓] TRO |
| | | [ ] Injunction | [ ] Preliminary   [✓] Granted |
| | | [ ] Other _____ | [ ] Permanent    [ ] Denied |

Page 2                                                                                       11th Circuit Docket Number:  25-11887-A

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☐ Yes  ☑ No

    If Yes, provide
    (a) Case Name/Statute _____
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?  ☐ Yes  ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☐ Yes  ☐ No

    If Yes, provide
    (a) Case Name _____
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
    (b) Among circuits?  ☐ Yes  ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

The district court erred in entering a preliminary injunction based on a misapplication of the governing standard.  Dr. Morgan failed to show a likelihood of success on the merits, due to a failure of jurisdiction and a failure to join an indispensible party, as demonstrated by the district court's subsequent dismissal of the underlying action with prejudice.  Note: Walgreen Co. appealed the preliminary injunction, which became moot as a result of the district court's dismissal of the underlying action with prejudice, and that appeal was voluntarily dismised.  Dr. Morgan has appealed the final order of dismissal and Walgreen Co. filed this protective cross-appeal.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __2nd__ DAY OF __July__, __2025__.

Elliot B. Kula                                                               /s/ Elliot B. Kula
NAME OF COUNSEL (Print)                                      SIGNATURE OF COUNSEL