Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*       11th Circuit Docket Number: 25-11887

| Caption: | |
|---|---|
| Courtney Morgan<br>Plaintiff-Appellant/Cross-Appellee<br><br>v.<br><br>Walgreen Co.<br>Defendant-Appellee/Cross-Appellant | District and Division: Southern District of Florida, Ft. Lauderdale Division<br>Name of Judge: Judge Rodney Smith<br>Nature of Suit: 4360: Other Personal Injury (Tortious Interference)<br>Date Complaint Filed: Aug. 7, 2024<br>District Court Docket Number: 0:24cv61442<br>Date Notice of Appeal Filed: June 3, 2025<br>☐ Cross Appeal    ☐ Class Action<br>Has this matter previously been before this court?<br>☑ Yes    ☐ No<br>If Yes, provide<br>(a) Caption: Courtney Morgan v. Walgreen Co.<br>(b) Citation: Doc. 35-2 (July 1, 2025), dismissing that appeal by Walgreen Co.<br>(c) Docket Number: 24-13087 |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Andrew L. Schlafly | 939 Old Chester Rd.<br>Far Hills, NJ 07931 | (908) 719-8608<br>(908) 934-9207 (fax)<br>aschlafly@aol.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Elliot B. Kula | Kula & Associates<br>11900 Biscayne Blvd.,<br>Ste. 310<br>Miami, FL 33181 | (305) 354-3858<br>(305) 354-3822 (fax)<br>elliot@kulalegal.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question<br>☑ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment,<br>28 USC 1291<br>☐ Interlocutory Order,<br>28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified,<br>28 USC 1292(b)<br>☐ Interlocutory Order,<br>Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☑ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$_____<br>Amount Sought by Defendant:<br>$_____<br>Awarded:<br>$_____<br>to _____<br>Injunctions:<br>☐ TRO<br>☑ Preliminary    ☑ Granted<br>☐ Permanent     ☐ Denied |

Page 2                                                         11th Circuit Docket Number: __25-11887__

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes ☐ No
What is the issue you claim is one of First Impression? _whether denial of leave to amend based on a mistaken view of jurisdiction is an abuse of discretion_

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

   If Yes, provide
   (a) Case Name/Statute _____
   (b) Citation _____
   (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
   (a) Arises from substantially the same case or controversy as this appeal? ☑ Yes ☐ No
   (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes ☐ No

   If Yes, provide
   (a) Case Name _Courtney Morgan v. Walgreen Co._
   (b) Citation _Doc. 35-2 (July 1, 2025), dismissing that appeal by Walgreen Co._
   (c) Docket Number if unreported _Nos. 24-13087 & 11904_
   (d) Court or Agency _U.S. Court of Appeals for the Eleventh Circuit_

(4) Will this appeal involve a conflict of law
   (a) Within the Eleventh Circuit? ☐ Yes ☑ No
   (b) Among circuits? ☐ Yes ☑ No

   If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

> The district court's dismissal was based on its erroneous finding that Florida is an indispensable party, and that joining it would destroy federal jurisdict. The district court's dismissal was in further error in finding that plaintiff had waived subject matter jurisdiction, when neither the lack of or existence of subject matter jurisdiction can be inadvertently waived in argument by an omission by a party. "[F]ederal courts have a strict duty to exercise the jurisdictiothat is conferred upon them by Congress." Quackenbush v. Allstate Ins. Co., 517 U.S. 706, 716 (1996). These were all reversible errors below.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __2__ DAY OF __July__, __2025__.

Andrew L. Schlafly                                             /s/ Andrew L. Schlafly
NAME OF COUNSEL (Print)                                        SIGNATURE OF COUNSEL