## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

### CASE NO. 25-11887

---

COURTNEY MORGAN, M.D.,
*Plaintiff-Appellant/Cross-Appellee*

v.

WALGREEN CO.,
*Defendant-Appellee/Cross-Appellant*.

---

On Appeal from the
U.S. District Court of the Southern District of Florida
DISTRICT COURT DOCKET NO. 0:24-cv-61442-RS

---

### PLAINTIFF-APPELLANT/CROSS-APPELLEE
### COURTNEY MORGAN, M.D.'S
### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANT'S INITIAL BRIEF

---

Andrew L. Schlafly, Esq.
LAW OFFICE OF ANDREW L. SCHLAFLY
939 Old Chester Road
Far Hills, NJ 07931
Tel: (908) 719-8608
Fax: (908) 934-9207
Email: aschlafly@aol.com

Erica Chaplin, Esq.
ANDERSON & WELCH, LLC
500 S. Australian Ave., 6th Flr
West Palm Beach, FL 33401
Tel: (561) 832-3386;
Fax: (561) 820-4867
Email: chaplinlaw@gmail.com
andewelch@andersonandwelch.com


*Counsel for Plaintiff-Appellant/Cross-Appellee, Courtney Morgan, M.D*

***Courtney Morgan, M.D. v. Walgreen Co.***
<u>**Case No. 25-11887**</u>

**CERTIFICATE OF INTERESTED PERSONS**
**AND**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Plaintiff-Appellant/Cross-Appellee, COURTNEY MORGAN, M.D., respectfully submits the following list, which includes the trial judge, and all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this review:

1. The Honorable Rodney Smith, *U.S. District Court Judge*

***Plaintiff-Appellant/Cross-Appellee***

2. Courtney Morgan, M.D., *Plaintiff-Appellant/Cross-Appellee*

***Counsel for Plaintiff-Appellant/Cross-Appellee***

3. Anderson & Welch, LLC, *Attorneys for Plaintiff- Appellant /Cross-Appellee*

4. Anderson, Esq., Kevin R., *Attorney for Plaintiff- Appellant /Cross-Appellee*

5. Chaplin, Esq., Erica, *Attorney for Plaintiff- Appellant /Cross-Appellee*

6. Schlafly, Esq., Andrew L., *Attorney for Plaintiff- Appellant /Cross-Appellee*

***Defendant-Appellee/Cross-Appellant***

7. Walgreens Co. (WAG), *Defendant-Appellee/Cross-Appellant*

***Counsel for Defendant-Appellee/Cross-Appellant***

8. *Akerman, LLP, *Attorneys for Defendant-Appellee/Cross-Appellant*

9. Daniel, W. Aaron, Esq., *Attorney for Defendant- Appellee /Cross-Appellant*

10.  Kula & Associates, P.A., *Attorneys for Defendant- Appellee/Cross-Appellant*

11.  Kula, Esq., Elliot B., *Attorney for Defendant- Appellee/Cross-Appellant*

12.  *Malvin, Tamara S., Esq., *Attorney for Defendant- Appellee/Cross-Appellant*

13.  Quintairos Prieto Wood & Boyer, PA, *Attorneys for Defendant-Appellee/Cross-Appellant*

14.  Tarlow, Esq., David Michael, *Attorney for Defendant-Appellee/Cross-Appellant*

**Other Interested Parties**

15.  Florida Board of Medicine

16.  Florida Board of Pharmacy

17.  Florida Department of Health

18.  Walgreens Boots Alliance (Defendant-Appellee/Cross-Appellant's Parent Company)

*\* - no longer involved in representation*

Pursuant to Federal Rule of Appellate Procedures 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, I hereby certify that there are no publicly traded corporations, stock, equities, debts or corporate disclosures for Plaintiff-Appellant/Cross-Appellee, Courtney Morgan, M.D.

/s/ Andrew L. Schlafly
Andrew L. Schlafly, Esq.

/s/ Erica Chaplin
Erica Chaplin, Esq.

### *UNOPPOSED*
## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

Plaintiff-Appellant/Cross-Appellee, by and through undersigned counsel, respectfully moves this Court for an extension of 30 days, through and including up to September 12, 2025, within which to file *Appellant's Brief* in this matter.

### SUMMARY

Counsel for Defendant–Appellee/Cross–Appellant has graciously consented to this extension request.

The current deadline for Plaintiff–Appellant/Cross–Appellee's Brief is August 13, 2025. The requested extension is necessary due to previously scheduled litigation and professional commitments in multiple federal and state matters handled by both undersigned counsel, which has significantly limited the ability to complete the Appellant's Brief by the current deadline.

In addition, undersigned counsel for Plaintiff–Appellant/Cross–Appellee has recently faced unexpected personal circumstances, which have further constrained preparation time. This request is made in good faith, and the extension will ensure that the Court receives a complete and thoroughly prepared brief addressing the issues presented in this appeal.

## ARGUMENT IN SUPPORT OF MOTION

1.  Following the district court's order granting a Defendant-Appellee/Cross-Appellant's *Motion to Dismiss*, Plaintiff-Appellant/Cross-Appellee initiated this appeal pursuant to 28 U.S.C. Section 1291 to seek review of the order.

2.  On June 3, 2025, Plaintiff–Appellant/Cross–Appellee filed a *Notice of Appeal* in the district court. The next day, Defendant–Appellee/Cross–Appellant filed a cross-appeal.

3.  The initial briefing schedule required Plaintiff–Appellant/Cross–Appellee's brief due on July 14, 2025.

4.  On July 9, 2025, the Clerk extended Plaintiff–Appellant/Cross–Appellee's deadline to August 13, 2025.

5.  The undersigned counsels have been and remain engaged in active federal and state court litigation with overlapping deadlines, including trial preparation, dispositive motions, and court appearances that cannot be rescheduled. These obligations have substantially limited the available time for drafting the *Appellant's Brief* in this matter.

6.  The requested thirty-day (30) extension will allow counsel to prepare a brief that will assist the Court in its consideration and resolution of the issues presented.

7.  The undersigned agreed to the extension sought.

8.    No prejudice will result from the requested extension, which is made in good faith and for good cause.

## CERTIFICATE OF CONFERRAL

Counsel for Plaintiff–Appellant/Cross–Appellee has conferred with counsel for Defendant–Appellee/Cross–Appellant, who has graciously consented to this extension request.

## CONCLUSION

**WHEREFORE**, Plaintiff-Appellant/Cross-Appellee, by through assigned counsel, with the consent of counsel for Defendant-Appellee/Cross-Appellant and based upon good cause shown, respectfully requests that this Court grant an extension of thirty (30) days up to and including September 12, 2025, for the filing of Plaintiff-Appellant/Cross-Appellee's initial brief.

Respectfully submitted by,

/s/ Andrew L. Schlafly
Andrew L. Schlafly, Esq.
NJBN: 04066-2003
LAW OFFICE OF
ANDREW L. SCHLAFLY
939 Old Chester Road
Far Hills, NJ 07931
Telephone: (908) 719-8608
Fax: (908) 934-9207
Email: aschlafly@aol.com

/s/ Erica Chaplin
Erica Chaplin, Esq.
FLBN: 0048023
ANDERSON & WELCH, LLC
500 S. Australian Ave., 6th Flr
West Palm Beach, FL 33401
Tel: (561) 832-3386;
Fax: (561) 820-4867
Email: chaplinlaw@gmail.com
andewelch@andersonandwelch.com

*Counsel for Plaintiff-Appellant/Cross-Appellee,*
*Courtney Morgan, M.D*

**CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type – volume limitation, set forth in Fed.R.App.P. Rules 27(d)(2)(A) and 32(g)(1). This motion uses Times New Roman 14-point type face and contains 418 words, excluding the material not to be counted.

s/ Andrew L. Schlafly
Andrew L. Schlafly, Esq.

/s/ Erica Chaplin
Erica Chaplin, Esq.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that on **August 8, 2025,** I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system. I also hereby certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

/s/ Erica Chaplin
Erica Chaplin, Esq.
