# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11887

_____

COURTNEY MORGAN,

Plaintiff-Appellant-
Cross Appellee,

*versus*

WALGREENS CO,

Defendant-Appellee-
Cross Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:24-cv-61442-RS

_____

2                            Order of the Court                      25-11887

ORDER:

      The motion for an extension of time to and including September 12, 2025, to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.


                        /s/ Robert J. Luck
                        UNITED STATES CIRCUIT JUDGE