IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case No. 25-11887

---

COURTNEY MORGAN, M.D.,
*Plaintiff-Appellant/Cross-Appellee*

v.

WALGREEN CO.,
*Defendant-Appellee/Cross Appellant*.

---

On Appeal from the
U.S. District Court of the Southern District of Florida
District Court Docket No. 0:24-cv-61442-RS

---

**PLAINTIFF-APPELLANT/CROSS-APPELLEE
COURTNEY MORGAN, M.D.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S INITIAL BRIEF**

---

Andrew L. Schlafly, Esq.
Law Office of Andrew L. Schlafly
939 Old Chester Road
Far Hills, NJ 07931
Tel: (908) 719-8608
Fax: (908) 934-9207
Email: aschlafly@aol.com

Erica Chaplin, Esq.
Anderson & Welch, LLC
500 S. Australian Ave., 6th Flr
West Palm Beach, FL 33401
Tel: (561) 832-3386;
Fax: (561) 820-4867
Email: chaplinlaw@gmail.com
andewelch@andersonandwelch.com

*Counsel for Plaintiff-Appellant/Cross-Appellee, Courtney Morgan, M.D*

*Courtney Morgan, M.D. v. Walgreen Co.*
<u>Case No. 25-11887</u>

**CERTIFICATE OF INTERESTED PERSONS
AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Plaintiff-Appellant/Cross-Appellee, COURTNEY MORGAN, M.D., respectfully submits the following list, which includes the trial judge, and all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this review:

1. The Honorable Rodney Smith, *U.S. District Court Judge*

***Plaintiff-Appellant/Cross-Appellee***

2. Courtney Morgan, M.D., *Plaintiff-Appellant/Cross-Appellee*

***Counsel for Plaintiff-Appellant/Cross Appellee***

3. Anderson & Welch, LLC, *Attorneys for Plaintiff- Appellant /Cross-Appellee*

4. Anderson, Esq., Kevin R., *Attorney for Plaintiff- Appellant /Cross-Appellee*

5. Chaplin, Esq., Erica, *Attorney for Plaintiff- Appellant /Cross-Appellee*

6. Schlafly, Esq., Andrew L., *Attorney for Plaintiff- Appellant /Cross-Appellee*

***Defendant-Appellee/Cross-Appellant***

7. Walgreens Co. (WAG), *Defendant-Appellee/Cross Appellant*

***Counsel for Defendant-Appellee/Cross-Appellant***

8. *Akerman, LLP, *Attorneys for Defendant-Appellee/Cross Appellant*

9. Daniel, W. Aaron, Esq., *Attorney for Defendant- Appellee /Cross Appellant*

2

10. Kula & Associates, P.A., *Attorneys for Defendant- Appellee/Cross Appellant*

11. Kula, Esq., Elliot B., *Attorney for Defendant- Appellee/Cross Appellant*

12. *Malvin, Tamara S., Esq., *Attorney for Defendant- Appellee/Cross Appellant*

13. Quintairos Prieto Wood & Boyer, PA, *Attorneys for Defendant-Appellee/ Cross Appellant*

14. Tarlow, Esq., David Michael, *Attorney for Defendant-Appellee/Cross Appellant*

### Other Interested Parties

15. Florida Board of Medicine

16. Florida Board of Pharmacy

17. Florida Department of Health

18. Walgreens Boots Alliance (Defendant-Appellee/Cross-Appellant's Parent Company)

*\* - no longer involved in representation*

Pursuant to Federal Rule of Appellate Procedures 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, I hereby certify that there are no publicly traded corporations, stock, equities, debts or corporate disclosures for Plaintiff-Appellant/Cross-Appellee, Courtney Morgan, M.D.

/s/ Andrew L. Schlafly
Andrew L. Schlafly, Esq.

/s/ Erica Chaplin
Erica Chaplin, Esq.

3

## UNOPPOSED
## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

Plaintiff-Appellant/Cross-Appellee, by and through undersigned counsel, respectfully moves this Court for an extension of 14 days, through and including up to September 26, 2025, within which to file Appellant's opening brief in this matter.

### SUMMARY

Counsel for Defendant–Appellee/Cross–Appellant has graciously consented to this extension request.

The current deadline for Plaintiff–Appellant/Cross–Appellee's opening brief is September 12, 2025. The requested extension is necessary due to previously scheduled litigation and professional commitments in multiple federal and state matters handled by both undersigned counsel, which has significantly limited the ability to complete the Appellant's Brief by the current deadline. In addition, undersigned counsel for Plaintiff–Appellant/Cross–Appellee has recently faced unexpected personal circumstances, which have further constrained preparation time.

This request is made in good faith, and the extension will ensure that the Court receives a complete and thoroughly prepared brief addressing the issues presented in this appeal.

## ARGUMENT IN SUPPORT OF MOTION

1. Following the district court's order granting a Defendant-Appellee/Cross Appellant's *Motion to Dismiss*, Plaintiff-Appellant/Cross-Appellee initiated this appeal pursuant to 28 U.S.C. Section 1291 to seek review of the order.

2. On June 3, 2025, Plaintiff–Appellant/Cross–Appellee filed a *Notice of Appeal* in the district court. The next day, Defendant–Appellee/Cross–Appellant filed a cross-appeal.

3. The initial briefing schedule required Plaintiff–Appellant/Cross–Appellee's opening brief to be due on July 14, 2025.

4. On July 9, 2025, the Clerk extended Plaintiff–Appellant/Cross–Appellee's deadline to August 13, 2025. A second extension was granted by the Court resetting the deadline for Appellant's Initial Brief for September 12, 2025.

5. The undersigned counsels have been and remain engaged in active federal and state court litigation, trial preparation, dispositive motions, and court appearances that cannot be rescheduled.

6. Presently, there are four trial periods for Appellant's counsel's firm during September and October 2025, to wit: two criminal cases consisting of first-degree felony offenses/punishable by life offense and a capital felony offense[1]

---

[1] *State of Florida v. Montrell Rolle*, Case No.: 312018CF000445BXXXXX, Indian River County, Florida; *State of Florida v. Germain Cadet*, Case No.: 5023CF010783AXXXMB, Palm Beach County, Florida.

5

and two civil cases consisting of tort claims and a 42 U.S.C. §1983 claims.[2]

7. The gravity of these proceedings and the preparation required in advance of trial, in combination with additional court-imposed schedules and pre-trial litigation matters, have imposed significant obligations that have limited the time available to complete the *Appellant's Initial Brief*.

8. The requested fourteen (14) extension will allow counsel to prepare a brief that will assist the Court in its consideration and resolution of the issues presented.

9. No prejudice will result from the requested extension, which is made in good faith and for good cause.

## CERTIFICATE OF CONFERRAL

Counsel for Plaintiff–Appellant/Cross–Appellee has conferred with counsel for Defendant–Appellee/Cross–Appellant, who has graciously consented to this extension request.

## CONCLUSION

**WHEREFORE**, Plaintiff-Appellant/Cross-Appellee, by through undersigned counsel, with the consent of counsel for Defendant-Appellee/Cross-Appellant and based upon good cause shown, respectfully requests that this Court

---

[2] *Jamell Adamson v. William Snyder, et al*, Case No: 19001034CAAXMX, Martin County, Florida; *LeKraig Bens, et al v. Jerald Alderman*, Case No.: 502023CA010185XXXXMB, Palm Beach County, Florida.

6

grant an extension of fourteen (14) days up to and including September 26, 2025, for the filing of Plaintiff-Appellant/Cross-Appellee's initial brief.

Respectfully submitted by,

| /s/ Andrew L. Schlafly | /s/ Erica Chaplin |
|---|---|
| Andrew L. Schlafly, Esq. | Erica Chaplin, Esq. |
| NJBN: 04066-2003 | FLBN: 0048023 |
| LAW OFFICE OF | ANDERSON & WELCH, LLC |
| ANDREW L. SCHLAFLY | 500 S. Australian Ave., 6th Flr |
| 939 Old Chester Road | West Palm Beach, FL 33401 |
| Far Hills, NJ 07931 | Tel: (561) 832-3386; |
| Telephone: (908) 719-8608 | Fax: (561) 820-4867 |
| Fax: (908) 934-9207 | Email: chaplinlaw@gmail.com |
| Email: aschlafly@aol.com | andewelch@andersonandwelch.com |

*Counsel for Plaintiff-Appellant/Cross-Appellee,*
*Courtney Morgan, M.D*

### CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type – volume limitation, set forth in Fed.R.App.P. Rules 27(d)(2)(A) and 32(g)(1). This motion uses Times New Roman 14-point type face and contains 555 words, excluding the material not to be counted.

s/ Andrew L. Schlafly
Andrew L. Schlafly, Esq.

/s/ Erica Chaplin
Erica Chaplin, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on **September 5, 2025,** I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system. I also hereby certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

<u>/s/ Erica Chaplin</u>
Erica Chaplin, Esq.