# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 25-11887

---

COURTNEY MORGAN,

*Plaintiff-Appellant-Cross Appellee,*

versus

WALGREENS CO,

*Defendant-Appellee-Cross Appellant.*

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:24-cv-61442-RS

---

ORDER:

    The motion for an extension of time to and including September 26, 2025 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE