**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk

In Replying Give Number
Of Case and Names of Parties

September 24, 2026

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JANUARY 25, 2027, IN MIAMI, FLORIDA. COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT. IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.** ***Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court. See 11th Cir.R.34-4(e). An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).***

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #7.***

| | |
|---|---|
| 24-12385 | United States v. Robert Mondragon |
| 25-10154 | Charles Weems, IV, et al. v. Association of Related Churches, et al. (REVISED ARGUMENT DATE) |
| 23-11346 | United States v. Adrian Velasquez Figueroa, et al. (REVISED ARGUMENT DATE) |
| 21-11815 | Lesley Harris v. L. Guertin, et al. (REVISED ARGUMENT DATE) |
| 25-11887 | Courtney Moran v. Walgreens CO |
| 24-13040 | United States v. Erinson Felix (Consolidated with 24-13156, United States v. Omar Ibarra Balbuena and 24-13233, United States v. Oscar Vazquez-Gonzalez) (REVISED ARGUMENT DATE) |
| 25-12414 | Saingerard Saingelus v. U.S. Attorney General |
| 25-11121 | Yolanda Woods v. Christopher Reeve, et al. |
| 25-13562 | United States v. Christopher Hartman |
| 24-11552 | Brandon Lanier v. City of Miami |
| 25-14342 | Managed Care Advisory Group, LLC v. CIGNA Healthcare, Inc. |
| 24-10048 | United States v. Eric Cadet |
| 25-11662 | United States v. Raisha Kelly |
| 25-14484 & 26-10479 | New National, LLC v. City of Miami Beach, et al. |
| 24-12519 | Dominga Velasquez Domingo v. U.S. Attorney General |
| 25-14246 | STT Acquisition, Inc. v. Great Lakes Insurance SE |